IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS JR.
ADC # 93197                                                                                          PLAINTIFF

V.                                         5:07CV00300 JMM/JFF

R. COOK, Medical Services, Varner Unit,
Arkansas Department of Correction; CONNIE
HUBBARD, Medical Services, Varner Unit,
Arkansas Department of Correction; TRACY ALDRIDGE,
Medical Services, Varner Unit, Arkansas Department
of Correction; and SANDRA STRATTON, Medical Services,
Varner Unit, Arkansas Department of Correction                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge John F. Forster. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1) Plaintiff's Motions to Amend (docket entries ##14 and 30) are GRANTED; and

2) Defendants' Motion to Dismiss (docket entry #16) is DENIED.

DATED this 2nd day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE