IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS JR.
ADC # 93197                                                                        PLAINTIFF

V.                                    5:07CV00300 JMM

R. COOK, Medical Services, Varner Unit,
Arkansas Department of Correction; CONNIE
HUBBARD, Medical Services, Varner Unit,
Arkansas Department of Correction; TRACY ALDRIDGE,
Medical Services, Varner Unit, Arkansas Department
of Correction; and SANDRA STRATTON, Medical Services,
Varner Unit, Arkansas Department of Correction                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and the objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants's Motion for Summary Judgment (docket entry #73) is GRANTED and Plaintiff's case is DISMISSED WITH PREJUDICE;

2. Plaintiff's Motions to Amend (docket entries ## 83 & 87) are DENIED; and

3. Plaintiff's Motion for Appointment of Counsel (docket entry #82) is DENIED as moot.

.   DATED this 16th day of March, 2009.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE