**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS JR.
ADC # 93197                                                                                                          PLAINTIFF

V.                                        5:07CV00300 JMM

R. COOK, Medical Services, Varner Unit,
Arkansas Department of Correction; CONNIE
HUBBARD, Medical Services, Varner Unit,
Arkansas Department of Correction; TRACY ALDRIDGE,
Medical Services, Varner Unit, Arkansas Department
of Correction; and SANDRA STRATTON, Medical Services,
Varner Unit, Arkansas Department of Correction                                      DEFENDANTS

## JUDGMENT

Consistent with the Orders that have been entered in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice.

DATED this <u>16th</u> day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE